# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS LOPEZ and ANGEL ALEJO, individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MANAGEMENT & TRAINING CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.17cv1624 JM(PCL)<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Having considered the parties' Joint Motion to File Plaintiffs' First Amended Complaint [Dkt. No. 13], and finding good cause to have been shown thereby, the Court orders that Plaintiffs are hereby given leave to file a First Amended Complaint in the form proposed by Plaintiffs. The First Amended Complaint shall be filed within 5 days after entry of this order.

Dated: April 10, 2018

_____
Jeffrey T. Miller
United States District Judge