UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carlos Lopez and Angel Alejo et al., Plaintiffs, v. Management & Training Corp. et al., Defendants. | Case No.:  17cv1624 JM (PCL) **SCHEDULING ORDER** |

Pursuant to Rule 16.1(d) of the Local Rules, a Case Management Conference was held on **May 11, 2018**.  After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, **IT IS HEREBY ORDERED**:

1.     Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed by **June 11, 2018**.

2.     The parties shall disclose the identity of their respective experts regarding class certification in writing by **October 26, 2018**. The date for the disclosure of the identity of rebuttal experts regarding class certification shall be on or before **November 26, 2018**. The written designations shall include the name, address, and telephone number of the expert and a reasonable summary of the testimony the expert is expected to provide. The list shall also include the normal rates the expert charges for deposition and trial testimony. The parties must identify any person who may be used at trial to present evidence pursuant to Fed. R. Evid. 702, 703, and 705, respectively. This requirement is not limited to retained experts.

3.     On or before **December 13, 2018**, each party shall comply with the

17cv1624 JM (PCL)

disclosure provisions in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure. This disclosure requirement applies to all persons retained or specifically employed to provide expert testimony (regarding class certification) or whose duties as an employee of the party regularly involve the giving of expert testimony.

4.   Any party shall supplement its class certification disclosure regarding contradictory or rebuttal evidence under Rule 26(a)(2)(c) on or before **January 3, 2019**.

5.   Class discovery closes **January 11, 2019**.

6.   Plaintiffs must file their motion for class certification on or before **February 4, 2019**.

7.   The parties must contact the assigned magistrate judge's chambers within seventy-two hours of the Court's ruling on the class certification motion to schedule a case management conference. The purpose of this conference is to set the applicable remaining pretrial dates and deadlines, including the discovery cutoff, dispositive motion filing cutoff, mandatory settlement conference, and pretrial conference, etc. To be clear, this order does not limit discovery to class certification issues. Instead, discovery is open as to all claims and defenses; either party may now propound discovery on any subject matter relevant to this action. Further, this order does not preclude defendants from seeking summary judgment before the Court's ruling on class certification. That issue is not presently before the Court and the parties may raise it at the appropriate time.

**IT IS SO ORDERED.**

DATE: May 11, 2018

Peter C. Lewis
United States Magistrate Judge

17cv1624 JM (PCL)