UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS LOPEZ and ANGEL ALEJO, individually, and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>MANAGEMENT AND TRAINING CORPORATION, a Delaware corporation,<br><br>                              Defendant. | Case No.:  17cv1624 JM(RBM)<br><br>**ORDER ON EX PARTE MOTION TO INCREASE PAGE LIMIT FOR MOTION FOR CLASS CERTIFICATION** |

For good cause shown, the court hereby **GRANTS** Plaintiffs' *ex-parte* request to file a thirty-five (35) page memorandum of points and authorities in support of their Motion for Class Certification, which exceeds the twenty-five (25) page limit provided in Civil Local Rule 7.1(h).  (Doc. No. 32.)  Plaintiffs' memorandum *may not* exceed thirty-five (35) pages in length.

IT IS SO ORDERED.

 Dated:  June 24, 2019

_____
Hon. Jeffrey T. Miller
United States District Judge

1