UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS LOPEZ and ANGEL ALEJO, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MANAGEMENT AND TRAINING CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No.:  17cv1624 JM(RBM)<br><br>**ORDER ON JOINT MOTION REQUESTING FURTHER MODIFICATION OF SCHEDULING ORDER** |

On July 3, 2019, the parties filed a Joint Motion Requesting Further Modification of Scheduling Order, (Doc. No. 36).  The parties seek to continue the hearing dates and modify the briefing scheduling associated with the pending Motion for Class Certification and Motion for Leave to File a Second Complaint by 60 days because they have scheduled mediation on August 27, 2019.  Accordingly, the court **GRANTS** the request and modifies the current dates as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Opposition to Motion for Class Certification | July 22, 2019 | September 20, 2019 |
| Reply to Motion for Class Certification | August 19, 2019 | October 18, 2019 |

17cv1624 JM(RBM)

| Class Certification Hearing | September 9, 2019 | November 11, 2019 at 10:00 a.m. |
|---|---|---|
| Opposition to Motion for Leave to File Second Amended Complaint | July 15, 2019 | September 13, 2019 |
| Reply in Support of Motion for Leave to File Second Amended Complaint | July 22, 2019 | September 20, 2019 |
| Hearing on Motion to File Second Amended Complaint | July 29, 2019 | September 30, 2019 at 10:00 a.m. |

All other dates in the Scheduling Order remain in effect.  The parties are cautioned that, absent exigent circumstances, no further modifications to the scheduling order will be granted.

IT IS SO ORDERED.

Dated:  July 10, 2019

_____
Hon. Jeffrey T. Miller
United States District Judge

17cv1624 JM(RBM)