UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CARLOS LOPEZ and ANGEL ALEJO, individually, and on behalf of all others similarly situated,

                              Plaintiffs,

v.

MANAGEMENT AND TRAINING CORPORATION, a Delaware corporation,

                              Defendant.

Case No.:  17cv1624 JM(RBM)

**ORDER VACATING DATES FOLLOWING NOTICE OF SETTLEMENT**

On August 30, 2019, the parties filed a Notice of Settlement of this Class Action, (Doc. No. 38).  Accordingly, the Court ORDERS that all pending dates related to this action are hereby **VACATED**.  The parties have up to and including *October 25, 2019*, to file the Joint Motion for Preliminary Approval of Settlement.

IT IS SO ORDERED.

Dated:  September 3, 2019

_____
Hon. Jeffrey T. Miller
United States District Judge

1

17cv1624 JM(RBM)