**DYCHTER LAW OFFICES, APC**
Alexander I. Dychter (SBN 234526)
alex@dychterlaw.com
S. Adam Spiewak (SBN 230872)
adam@dychterlaw.com
1010 Second Ave., Suite 1835
San Diego, California 92101
Telephone: (619) 487-0777/Facsimile: (619) 330-1827

**UNITED EMPLOYEES LAW GROUP, PC**
Walter L. Haines (SBN 71075)
admin@uelglaw.com
5500 Bolsa Ave., Suite 201
Huntington Beach, California 92649
Telephone: (562) 256-1047/Facsimile: (562) 256-1006

**COHELAN KHOURY & SINGER**
Michael D. Singer (SBN 115301)
msinger@ckslaw.com
J. Jason Hill (SBN 179630)
jhill@ckslaw.com
605 C Street, Suite 200
San Diego, California 92101
Telephone: (619) 595-3001/Facsimile: (619) 595-3000

Attorneys for Plaintiffs Lopez and Alejo

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS LOPEZ and ANGEL ALEJO, individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MANAGEMENT & TRAINING CORPORATION, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:17-cv-01624-JM-RBM<br><br>**CLASS ACTION**<br><br>Assigned to:<br>Hon. Jeffrey T. Miller, District Judge<br>Hon. Ruth B. Montenegro, Magistrate Judge<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: December 9, 2019<br>Time: 10:00 a.m.<br>Ctrm: 5D |

PLEASE TAKE NOTICE that on December 9, 2019, at 10:00 a.m. or as soon thereafter as counsel may be heard, in Courtroom 5D of the above-entitled Court, located at 221 West Broadway, San Diego, California, 92101, the Honorable Jeffrey T. Miller presiding, Plaintiffs CARLOS LOPEZ and ANGEL ALEJO ("Plaintiffs"), will and hereby do move for an Order granting Preliminary Approval of the Class Action Settlement reached with Defendant Management & Training Corporation ("Defendant" or "MTC"). Specifically, Plaintiffs move for an order providing that:

1. The Court grants preliminary approval of the Settlement, and preliminarily finds the terms of the Settlement to be fair, reasonable and adequate under Rule 23(e) of the Federal Rules of Civil Procedure, including the amount of the settlement fund; the amount of distributions to class members; the procedure for giving notice to class members; the procedure for objecting to or opting out of the Settlement; and the maximum amounts allocated to an incentive payment, costs and attorney's fees.

2. The Court preliminarily certifies for settlement purposes the Settlement Class described in the Settlement, comprised of *all of Defendant's hourly, non-exempt Sergeants, Detention Officers and other similarly titled officers, if any, who were employed in the State of California at any time between June 21, 2013 through the date of Preliminary Approval, but in no event later than November 30, 2019.*

3. The Court appoints Plaintiffs as representative for the Settlement Class

4. The Court appoints Alexander I. Dychter of Dychter Law Offices, APC, Michael D. Singer of Cohelan Khoury & Singer, and Walter L. Haines, of United Employees Law Group, PC as counsel for the Settlement Class.

5. The Court appoints CPT Group, Inc. as the Settlement Administrator.

6. The Court directs the Settlement Administrator to provide notice to Class Members as set forth in the Settlement.

7. The Court orders that Class Members who do not request exclusion from the Settlement are enjoined from filing or prosecuting any claims, suits or administrative proceedings regarding the Released Claims.

8. The Court establishes deadlines for members of the Settlement Class to opt out of the settlement or to object to the Settlement, for Plaintiffs to serve and file a motion for an award of attorney's fees, litigation costs and service payments, and for Plaintiffs to serve and file a motion for final approval of the Settlement.

9. The Court schedules a final approval and fairness hearing on a date approximately 120 days after preliminary approval of the Settlement to consider whether the Settlement should be finally approved as fair, reasonable and adequate under Rule 23(e) of the Federal Rules of Civil Procedure and to rule on the motion for attorney's fees, costs and service payment to be submitted by Plaintiffs.

Plaintiffs' motion is made under Rule 23 of the Federal Rules of Civil Procedure on the grounds that the Settlement is fair, reasonable and adequate and is based on this Notice; the Memorandum of Points and Authorities submitted herewith; the Joint Stipulation of Class Action Settlement and Release submitted herewith; and the Declarations of Alexander I. Dychter, Michael D. Singer, and Walter L. Haines submitted herewith; all other pleadings and papers on file in this action; and any oral argument or other matter that may be considered by the Court.

Dated:  October 25, 2019    Dychter Law Offices, APC
Cohelan Khoury & Singer
United Employees Law Group, PC

By:   s/Alexander I. Dychter
Attorneys for Plaintiffs
Carlos Lopez and Angel Alejo
E-Mail:  alex@dychterlaw.com