**DYCHTER LAW OFFICES, APC**
Alexander I. Dychter (SBN 234526)
 alex@dychterlaw.com
S. Adam Spiewak (SBN 230872)
 adam@dychterlaw.com
1010 Second Ave., Suite 1835
San Diego, California 92101
Telephone: (619) 487-0777 / Facsimile: (619) 330-1827

**COHELAN KHOURY & SINGER**
Michael D. Singer (SBN 115301)
 msinger@ckslaw.com
Diana M. Khoury (SBN 128643)
 dkhoury@ckslaw.com
J. Jason Hill (SBN 179630)
 jhill@ckslaw.com
605 C Street, Suite 200
San Diego, California 92101
Telephone: (619) 595-3001 / Facsimile: (619) 595-3000

**UNITED EMPLOYEES LAW GROUP, PC**
Walter L. Haines (SBN 71075)
 admin@uelglaw.com
5500 Bolsa Ave., Suite 201
Huntington Beach, California 92649
Telephone: (562) 256-1047 / Facsimile: (562) 256-1006

Attorneys for Plaintiffs and Class Representatives
Carlos Lopez and Angel Alejo

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS LOPEZ and ANGEL ALEJO, individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MANAGEMENT & TRAINING CORPORATION, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:17-cv-01624-JM-RBM<br><br>**CLASS ACTION**<br><br>Assigned to:<br>Hon. Jeffrey T. Miller, District Judge<br>Hon. Ruth B. Montenegro, Magistrate Judge<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTERING JUDGMENT**<br><br>Date: April 2, 2020<br>Time: 10:00 a.m.<br>Ctrm: 5D |

---

Notice of Motion and Motion for an Order Granting Final Approval of Class Action Settlement
Case No. 3:17-cv-01624-JM-RBM

PLEASE TAKE NOTICE that on April 2, 2020 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 5D of the above-entitled Court, located at 221 West Broadway, San Diego, California 92101, the Honorable Jeffrey T. Miller presiding, Plaintiffs CARLOS LOPEZ and ANGEL ALEJO ("Plaintiffs"), will move this Court for an Order Granting Final Approval and Entering Judgment which has the effect of doing the following:

1. finally adjudicate the Settlement is fair, adequate and reasonable;

2. direct distribution of the Settlement benefits by the Settlement Administrator to all participating Settlement Class Members in accordance with the fully-executed Joint Stipulation and Settlement Agreement [ECF 40-2, pp. 8-49].

3. approve and direct the payment of $14,000 to CPT Group, Inc., the Settlement Administrator, for its fees and costs in administering the Settlement;

4. approve and direct the payment of $75,000 (75% of $100,000) to the California Labor and Workforce Development Agency as its share of the settlement for civil penalties;

5. approve and direct payment of $1,166,666 (33.33% of the Class Settlement Amount) to Class Counsel for their attorneys' fees and $20,753.78 as reimbursement of their litigation costs.

6. approve and direct the Class Representative Service Payment of $10,000 to be paid to the Plaintiff/Class Representative Carlos Lopez for the initiation of this Action while currently employed, work performed, the risks undertaken for the payment of costs had this case had an unfavorable outcome, for a general release of all claims, and for the benefits to be received by 583 absent Class Members as a result of his efforts.

7. approve and direct the Class Representative Service Payment of $10,000 to be paid to the Plaintiff/Class Representative Angel Alejo for the initiation of this action while currently employed, work performed, the risks undertaken for the payment of costs had this case had an unfavorable outcome, for a general release of all claims, and for the benefits to be received by 583 absent Class Members as a result of his efforts.

8.    direct the Clerk of the Court to enter final judgment, and without affecting the finality of the final judgment, to reserve the Court's continuing jurisdiction over the Parties for the purpose of implementing, enforcing, or administering the Settlement.

This Motion is made on the grounds that the proposed Settlement, preliminarily approved on December 13, 2019, is the product of arms'-length, good-faith negotiations, and is fair and reasonable as confirmed by the Class which did not return a single request for exclusion or an objection as to any term of the Settlement. The Parties respectfully submit that the Settlement should now be finally approved.

This Motion is based on this Notice of Motion, Memorandum of Points and Authorities in Support, Declaration of Class Counsel Michael D. Singer, Supplemental Declaration of Stephen Gomez on behalf of the Administrator, CPT Group, Inc., and the Proposed Order Granting Final Approval filed and served herewith. The Motion will be heard in conjunction with Plaintiffs' Motion for Award of Attorneys' Fees, Litigation Costs, and Class Representative Service Payments filed February 3, 2020 [ECF 47 through 47-9]. The Motion is also based on Plaintiffs' Preliminary Approval Motion [ECF 40 through 40-5], the fully-executed Joint Stipulation and Settlement Agreement [ECF 40-2, pp. 8-49], the Supplemental Declaration of Alexander I. Dychter in Support of Plaintiffs' Preliminary Approval Motion [ECF 43], the Order Granting Preliminary Approval [ECF 45], the all other documents, records and evidence and such other matters as may be properly presented at or before the hearing.

Respectfully submitted,

DYCHTER LAW OFFICES, APC
COHELAN KHOURY & SINGER
UNITED EMPLOYEES LAW GROUP, PC

Dated: March 9, 2020    By: s/ Michael D. Singer
    Michael D. Singer
    Attorneys for the Settlement Class and
    Plaintiffs Carlos Lopez and Angel Alejo